In the Matter of the Application of JAMES W. CAFFREY for the Appointment of Commissioners to Ascertain the Amount of Damages Sustained by the Applicant as Owner of Certain Real Estate in the Village of North Pelham.

THE VILLAGE OF NORTH PELHAM, Appellant; JAMES W. CAFFREY, Respondent.

*Matter of Caffrey*, 47 App. Div. 644, appeal dismissed.
(Submitted April 15, 1901; decided April 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 8, 1900, affirming an order of Special Term confirming the report of commissioners appointed to ascertain the damages sustained by petitioner by reason of the change of grade of a certain street in the village of North Pelham and denying a motion by said village for costs against the petitioner.

*William J. Marshall, Milton C. Gray* and *Henry L. Rupert* for appellant.

*Milo J. White* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.